# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHY L. CULBERATH

VERSUS

STATE OF LOUISIANA,
SOUTHEASTERN LOUISIANA
UNIVERSITY, GEICO CASUALTY
COMPANY, GOVERNMENT
EMPLOYEES INSURANCE COMPANY
AND LATRIKA SMITH

NO.  2021 CW 1531

MARCH 14, 2022

---

In Re:    State of Louisiana, through the Board of Supervisors
          for the University of Louisiana System, Southeastern
          Louisiana University, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 672315.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

WRC

   **Guidry, J.,** concurs.  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

   **Holdridge, J.,** dissents and would grant the writ.  I find defendants have shown good cause for an additional medical examination since plaintiff has filed this action seeking damages for personal injuries against defendants, placing her condition in controversy.  La. Code Civ. P. art. 1464. Accordingly, I would grant defendants' motion to compel another medical opinion and order plaintiff to submit to an additional medical examination by Dr. Summers, but remand this matter to the trial court with instructions to comply with La. Code Civ. P. art. 1464 to specify the time, place, manner, conditions, and scope of that examination.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT